# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROBERT L. VINE, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 09-2212-KHV-GBC |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

Robert L. Vine appeals the final decision of the Commissioner of Social Security to deny disability insurance benefits and supplemental security income. On May 11, 2010, Magistrate Gerald B. Cohn recommended that the Court enter judgment pursuant to the fourth sentence of 42 U.S.C. § 405(g) affirming the Commissioner's decision. See Report And Recommendation (Doc. #15). The deadline for written objections to the report and recommendation was May 25, 2010. The parties have not objected. The Court hereby adopts the Report And Recommendation (Doc. #15) in its entirety.

**IT IS THEREFORE ORDERED** that the Commissioner's decision be and hereby is **AFFIRMED**.

Dated this 2nd day of June, 2010 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
